BRYAN, Judge,
concurring in the result.
I concur in the main opinion insofar as it reverses the judgment of the Madison Circuit Court (“the trial court”). However, I would have decided the case on the merits instead of remanding the case with instructions to the trial court to conduct a hearing on the postjudgment motion filed by Ashley S. Carden. See J.W. v. C.B., 56 So.3d 693 n. 2 (Ala.Civ.App.2010); Sullivan & Wills Real Estate, L.L.C. v. Cruce, [Ms. 2090112, April 23, 2010] — So.3d - (Ala.Civ.App.2010); Homady Truck Lines, Inc. v. Howard, 985 So.2d 469 (Ala. Civ.App.2007); Hall v. Hall, 895 So.2d 299, 305 (Ala.Civ.App.2004); and Hull v. Hull, 887 So.2d 904, 910 (AIa.Civ.App.2003).